IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FREDDY F. ROJAS-RIOS )<br>)<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>HUMPHREY RICH CONSTRUCTION )<br>GROUP, INC. et al. )<br>)<br>*Defendants,* )<br>)<br>v. )<br>)<br>ONYX CONSTRUCTION GROUP, LLC )<br>)<br>*Third-Party Defendant.* )<br>) | Case No. 1:16-cv-00847 - APM |

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Third-Party Plaintiff Humphrey Rich Construction Group, Inc. ("Humphrey Rich") and Third-Party Defendant Onyx Construction Group, LLC ("Onyx"), through counsel and under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) stipulate to the dismissal without prejudice of (1) Humphrey Rich's Crossclaim against Dynamo Painting, LLC; (2) Humphrey Rich's Third-Party Complaint against Onyx; and (3) Onyx's Counterclaim against Humphrey Rich.  On August 26, 2016, the Court dismissed the only other party to appear in this action with its Order dismissing the underlying Complaint with prejudice.  With no other claims pending, Humphrey Rich and Onyx respectfully ask the Court to close this case.

                                         Respectfully submitted,

| /s/ William J. Bethune | /s/ Michael J. Neary |
|---|---|
| William J. Bethune, Bar No. 066696 | Michael J. Neary, Bar No. 976723 |
| (signed with permission by Michael J. Neary, Esquire) | LERCH, EARLY & BREWER, CHTD. |
| MCCANDLISH & LILLARD, P.C. | Three Bethesda Metro Center, Suite 460 |
| 11350 Random Hills Road, Suite 500 | Bethesda, Maryland  20814 |
| Fairfax, Virginia 22030 | (301) 657-0740 (phone) |
| (703) 934-1193 (phone) | (301) 347-1790 (facsimile) |
| (703) 273-4592 (facsimile) | mjneary@lerchearly.com |
| wbethune@mccandlishlawuyers.com | |
| | *Attorneys for Third-Party Plaintiff Humphrey Rich Construction Group, Inc.* |
| *Attorneys for Third-Party Defendant Onyx Construction Group, LLC* | |

Dated:     September 9, 2016

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the 9th day of September 2016, a copy of the foregoing was served via the United States District Court for the District of Columbia's electronic filing system on all counsel of record.

                                                  /s/ Michael J. Neary
                                                   Michael J. Neary